**GLENS FALLS INSURANCE COM-
PANY, Appellant,**

v.

**Darrell G. CRADLEBAUGH and
E. W. Allison.**

**No. 16214.**

United States Court of Appeals
Third Circuit.

Argued March 29, 1967.

Decided April 12, 1967.

Raymond G. Hasley, Pittsburgh, Pa.
(Harold R. Schmidt, Rose, Schmidt &
Dixon, Pittsburgh, Pa., on the brief), for
appellant.

Joseph F. Weis, Jr., Pittsburgh, Pa.
(Weis & Weis, Pittsburgh, Pa., on the
brief), for appellee Allison.

Before HASTIE and SEITZ, Circuit
Judges and BODY, District Judge.

OPINION OF THE COURT

PER CURIAM.

The basic question on this appeal is
whether, at the time of an accident, the
driver of a truck was engaged exclusive-
ly in the business of a carrier which had
leased the vehicle. The district court ex-
plicitly found that "at the time of the
accident, the leased equipment, although
empty, was in the possession of and on
the exclusive business of" the carrier.
The record adequately supports this find-
ing and we find no error in the court's
decision.

The judgment will be affirmed.